May 20, 2010

Ms. Rosemarie Kanusky
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Mr. Jonathan Yedor
Heinrichs & DeGennaro, P.C.
100 N.E. Loop 410, Suite 1075
San Antonio, TX 78216
Honorable Thomas E. Rickhoff
Bexar County Probate Court #2
100 Dolorosa, Rm 117
San Antonio, TX 78205-3028

RE: Case Number: 10-0365
 Court of Appeals Number: 04-10-00381-CV
 Trial Court Number: 2009-PC-0310

Style: IN RE THE FROST NATIONAL BANK

Dear Counsel:

 The Supreme Court of Texas granted the Emergency Motion for Temporary
Relief to Stay Orders and issued the enclosed stay order in the above-
referenced case. The Court requests that real parties in interest file a
response to the petition for writ of mandamus. The response is due to be
filed in this office no later than 3:00 p.m., June 4, 2010. PLEASE NOTE
Tex. R. App. P. 9.2(b), does not apply. There is no filing fee associated
with this requested response.
 NOTE: Effective February 15, 2010, attorneys must e-mail electronic
copies of petitions, responses, replies, briefs on the merits, amicus
briefs, post-submission briefs, motions for rehearing, and emergency
motions to the Clerk of the Court on the same day that the paper copies are
filed. The electronic copies must be e-mailed to
scebriefs@courts.state.tx.us. For more details, see the Court's Order
Requiring Electronic Documents in the Supreme Court of Texas at
http://www.supreme.courts.state.tx.us/miscdocket/10/10906500.PDF.
 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

| | |